# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL FORBESLANG,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 2:24-cv-8205-FWS-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus, Dkt. No. 11; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 15; and all of the records and files herein.

Objections to the Report were due on March 6, 2025, and the Court has not received any objections to date. Dkt. No. 14. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

\\\

\\\

\\\

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

Dated: March 18, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE