JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL FORBESLANG, | Case No. 2:24-cv-8205-FWS-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

　　Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

Dated: March 18, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE